614

Submitted March 1, 1976. Steven M. Foldes, Assistant Public Defender, and Richard D. Walker, Public Defender, for appellant; Reid H. Weingarten, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 681
COMMONWEALTH
v.
REINECKE, Appellant.

Submitted February 17, 1976. David Katz, Public Defender, for appellant; C. Daniel Higgins, Assistant District Attorney, and James F. Marsh, District Attorney, for Commonwealth, appellee.

Order affirmed.

360 A.2d 635
COMMONWEALTH
v.
ROBERSON, Appellant.

Submitted February 9, 1976. Frank D. Branella, for appellant; Antoinette R. Freeman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

360 A.2d 642

COMMONWEALTH

v.

ROBERSON, Appellant.

Submitted March 24, 1975. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Stewart J. Greenleaf, Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.